

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00024-CV

MONTY CLAY, ET AL., Appellants

V.

AIG AEROSPACE INSURANCE SERVICES, INC., ET AL., Appellees

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 2013-215

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Una B. Garland recorded the trial proceedings in appellate cause number 06-15-00024-CV, styled *Monty Clay, et al. v. AIG Aerospace Insurance Services, Inc., et al.*, trial court cause number 2013-215 in the 402nd Judicial District Court of Wood County, Texas. The reporter's record was originally due in this matter June 12, 2015. That deadline was extended twice by this Court on Garland's requests, resulting in the most recent due date of August 12, 2015. Garland has now filed a third request seeking an additional thirty-day extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Garland's third request for an extension of the filing deadline and hereby order her to file the reporter's record in cause number 06-15-00024-CV, styled *Monty Clay, et al. v. AIG Aerospace Insurance Services, Inc., et al.*, trial court cause number 2013-215 in the 402nd Judicial District Court of Wood County, Texas, to be received by this Court no later than Wednesday, September 2, 2015.

If the reporter's record is not received by September 2, we warn Garland that we may begin contempt proceedings and order her to demonstrate why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: August 18, 2015